Filed 7/16/14  P. v. Robinson CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>JATAWN ROBINSON,<br><br>    Defendant and Appellant. | D065107<br><br><br>(Super. Ct. No. SCD248045) |

APPEAL from a judgment of the Superior Court of San Diego County, Sharon B. Majors-Lewis and Robert F. O'Neill, Judges.  Affirmed.

Loleena Ansari, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Jatawn Robinson entered a negotiated guilty plea to unlawfully possessing ammunition (Pen. Code, § 30305, subd. (a)(1)).  The court sentenced her to a stipulated three-year upper prison term.  Robinson appeals.  We affirm.

BACKGROUND

Robinson knowingly and unlawfully had a bullet on her person.

## DISCUSSION

Appointed appellate counsel has filed a brief summarizing the facts and proceedings below. Counsel presents no argument for reversal, but asks this court to review the record for error as mandated by *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*). Pursuant to *Anders v. California* (1967) 386 U.S. 738 (*Anders*) counsel mentions as possible, but not arguable, issues: (1) whether Robinson's plea was constitutionally valid; (2) whether the court complied with its duty to establish a sufficient factual basis for the plea (Pen. Code, § 1192.5); (3) whether Robinson was sentenced in accordance with the plea agreement; and (4) whether the court improperly denied Robinson's motion to suppress evidence.

We granted Robinson permission to file a brief on her own behalf. She has not responded. A review of the record pursuant to *Wende* and *Anders*, including the possible issues listed pursuant to *Anders*, has disclosed no reasonably arguable appellate issues. Robinson has been competently represented by counsel on this appeal.

## DISPOSITION

The judgment is affirmed.

McCONNELL, P. J.

WE CONCUR:

HUFFMAN, J.

AARON, J.

2